UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-　　　　　　　　　　　　　　　　　　　Case No. 8:08-cr-189-T-17MSS

THOMAS GUTH

_____/

## REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the psychiatric evaluation of Defendant Thomas Guth. On September 2, 2008, Defendant filed a Motion to Determine Competency. (Dkt. 41) In the motion, Defendant argued that due to his history of mental illness, the necessity of medication during his confinement at Pinellas County jail, his experiences in the Vietnam war, and his diagnosis of post traumatic stress disorder, there was reasonable cause to believe that Defendant met the criteria for mental incompetency. (Dkt. 41 p. 4) On September 22, 2008, the Undersigned entered an Order appointing Dr. Michael S. Maher to conduct a competency evaluation of Defendant. (Dkt. 43)

Dr. Maher has evaluated Defendant and has issued a written opinion. Dr. Maher opined that Defendant meets the criteria for competency such that Defendant is presently able to understand the nature and consequences of the proceedings against him and to assist his attorney in a reasonable and rational manner in his defense. Defendant has reviewed Dr. Mahar's opinion and does not contest it. The Undersigned, therefore, finds that Defendant is presently able to answer to the charges against him.

Accordingly, the Undersigned respectfully **REPORTS** and **RECOMMENDS** that the Court finds Defendant presently competent to understand the nature and consequences

of the proceedings against him and to assist his attorney in a reasonable and rational manner in his defense.

DONE and ORDERED in Tampa, Florida on this __1st__ day of October 2008.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within **ten (10) days** from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. See 28 U.S.C. § 636(b)(1).

Copies furnished to:
District Court Judge
Counsel of Record