```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

UNITED STATES OF AMERICA,

v.

                                        CASE NO. 8:08-CR-189-T-17MAP

THOMAS GUTH.
_____/

                                ORDER

This cause is before the Court on:

Dkt. 44   Report and Recommendation

Defendant Thomas Guth moved for an order of competency, which was referred to the assigned Magistrate Judge. After Dr. Maher evaluated Defendant Guth and provided a report to the Court, the assigned Magistrate Judge entered a Report and Recommendation which recommends that the Court find that Defendant Guth is presently competent to understand the nature and consequences of the proceedings against him and to assist Defendant's counsel in a reasonable and rational manner in Defendant's defense.

No objection to the Report and Recommendation has been filed. After independently reviewing the pleadings, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 44) is **adopted and incorporated**, and the Court finds that Defendant Guth is presently competent to understand the nature and consequences

Case No. 8:08-CR-189-T-17MAP

of the proceedings against him, and to assist counsel in a reasonable and rational manner in Defendant's defense.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 16th day of October, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record